| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **Travers Fine Jewels Inc.**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**DBA  Travers Fine Jewels**

**3. Debtor's federal Employer Identification Number** (EIN)    **46-0960726**

**4. Debtor's address**

**Principal place of business**

**962 Madison Avenue**
**New York, NY 10021**
Number, Street, City, State & ZIP Code

**New York**
County

**Mailing address, if different from principal place of business**

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)    **https://www.traversfinejewelry.com**

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor **Travers Fine Jewels Inc.**    Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **Travers Fine Jewels Inc.**                                    Case number (*if known*)
           Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?  _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency   _____
         Contact name        _____
         Phone               _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  .  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Travers Fine Jewels Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 21, 2019**
MM / DD / YYYY

**X  /s/ Sam Kassin**                                                  **Sam Kassin**
Signature of authorized representative of debtor                       Printed name

Title   **President**

**18. Signature of attorney**

**X  /s/ Sanford P. Rosen**                                            Date  **January 21, 2019**
Signature of attorney for debtor                                       MM / DD / YYYY

**Sanford P. Rosen (SR-4966)**
Printed name

**Rosen & Associates, P.C.**
Firm name

**747 Third Avenue**
**Floor 20**
**New York, NY 10017-2803**
Number, Street, City, State & ZIP Code

Contact phone   **(212) 223-1100**        Email address   **srosen@rosenpc.com**

**(SR-4966) NY**
Bar number and State

# Form 1120 — U.S. Corporation Income Tax Return

Department of the Treasury — Internal Revenue Service
For calendar year 2013 or tax year beginning _____, 2013, ending _____, _____
Information about Form 1120 and its separate instructions is at www.irs.gov/form1120.

OMB No. 1545-0123
**2013**

**Check if:**
- 1a Consolidated return (attach Form 851) ☐
- b Life/nonlife consolidated return ☐
- 2 Personal holding co. (attach Sch PH) ☐
- 3 Personal service corp (see instrs) ☐
- 4 Schedule M-3 attached ☐

TYPE OR PRINT

**Name:** Travers Fine Jewels Inc.
**Number, street, and room or suite number:** 962 Madison Avenue
**City, state, ZIP:** New York, NY 10021

**B Employer identification number:** 46-0960726
**C Date incorporated:** 09/06/2012
**D Total assets:** $642,120.

**E Check if:** (1) Initial return ☐  (2) Final return ☐  (3) Name change ☐  (4) Address change ☐

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales | 2,300,321. |
| 1b | Returns and allowances | |
| 1c | Balance. Subtract line 1b from line 1a | 2,300,321. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2,050,640. |
| 3 | Gross profit. Subtract line 2 from line 1c | 249,681. |
| 4 | Dividends (Schedule C, line 19) | |
| 5 | Interest | 3. |
| 6 | Gross rents | |
| 7 | Gross royalties | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | |
| 10 | Other income (see instructions — attach schedule) | |
| 11 | **Total Income.** Add lines 3 through 10 | 249,684. |
| 12 | Compensation of officers (see instructions — attach Form 1125-E) | 10,000. |
| 13 | Salaries and wages (less employment credits) | |
| 14 | Repairs and maintenance | 6,053. |
| 15 | Bad debts | |
| 16 | Rents | 81,300. |
| 17 | Taxes and licenses | 919. |
| 18 | Interest | |
| 19 | Charitable contributions | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | |
| 21 | Depletion | |
| 22 | Advertising | |
| 23 | Pension, profit-sharing, etc, plans | |
| 24 | Employee benefit programs | |
| 25 | Domestic production activities deduction (attach Form 8903) | |
| 26 | Other deductions (attach statement) See Other Deductions Statement | 217,150. |
| 27 | **Total deductions.** Add lines 12 through 26 | 315,422. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | -65,738. |
| 29a | Net operating loss deduction (see instructions) | |
| 29b | Special deductions (Schedule C, line 20) | |
| 29c | Add lines 29a and 29b | |
| 30 | **Taxable income.** Subtract line 29c from line 28 (see instructions) | -65,738. |
| 31 | Total tax (Schedule J, Part I, line 11) | |
| 32 | Total payments and refundable credits (Schedule J, Part II, line 21) | 0. |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | |
| 34 | Amount owed. If line 32 is smaller than the total of lines 31 and 33, enter amount owed | |
| 35 | Overpayment. If line 32 is larger than the total of lines 31 and 33, enter amount overpaid | |
| 36 | Enter amount from line 35 you want: Credited to 2014 estimated tax ____ Refunded ► | 0. |

**Sign Here:** Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____  Date _____  Title: President

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only:**
- Print/Type preparer's name: Raizel Schuster
- Preparer's signature: _____   Date: _____
- Check ☒ if self-employed
- PTIN: P00539026
- Firm's name: Raizel Schuster CPA
- Firm's address: 2813 Avenue J, Brooklyn, NY 11210
- Firm's EIN: 11-3590762
- Phone no.: (718) 692-2267

BAA For Paperwork Reduction Act Notice, see separate instructions.   CPCA0212 07/30/13   Form 1120 (2013)

9:32 AM
10/21/15
Accrual Basis

## Travers Fine Jewels Inc.
## Profit & Loss
### January through December 2013

|  | Jan - Dec 13 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4Sales | 2,300,320.78 |
| **Total Income** | 2,300,320.78 |
| **Cost of Goods Sold** | |
| Beginning Inventory | 622,500.00 |
| Ending Inventory | -505,200.00 |
| Purchases | 1,933,339.54 |
| **Total COGS** | 2,050,639.54 |
| **Gross Profit** | 249,681.24 |
| **Expense** | |
| Auto Expenses | 16,866.51 |
| Bank Service Charges | 2,369.00 |
| Charity | 22,979.00 |
| Credit Card Charges | 32,946.83 |
| Insurance | 30,204.70 |
| Jewelry Repairs | 81,170.00 |
| Legal & Professional Fees | 10,150.00 |
| Meals & Entertainment | 400.13 |
| NYC Corp Taxes | 125.00 |
| NYS Franchise Tax | 29.00 |
| Office Expenses | 13,467.37 |
| Payroll Expenses | 765.00 |
| Permits & Fees | 101.25 |
| Postage & Delivery | 2,681.34 |
| Professional Fees | 3,000.00 |
| Rent | 81,300.00 |
| Repairs & Maintenance | 6,053.15 |
| Salaries | 10,000.00 |
| Security | 12,165.00 |
| Telephone | 1,501.94 |
| Utilities | 10,326.84 |
| **Total Expense** | 338,602.06 |
| **Net Ordinary Income** | -88,920.82 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 3.36 |
| **Total Other Income** | 3.36 |
| **Net Other Income** | 3.36 |
| **Net Income** | -88,917.46 |

Page 1

**UNITED STATES BANKRPUTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TRAVERS FINE JEWELS INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. |

**AFFIDAVIT OF SAM KASSIN EXPLAINING**
**DEFICIENT FINANCIAL STATEMENTS**

Sam Kassin declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

1.  I am the President and sole shareholder of Travers Fine Jewels Inc. (the "**Debtor**") in the above-captioned matter, and as such, I am familiar with the operations, business and financial affairs of the Debtor.

2.  I submit this affidavit in accordance with 11 U.S.C. § 1116 regarding the duties of the debtor in possession in a small business case, as defined by 11 U.S.C. § 101 (51C), (51D).

3.  For purposes of 11 U.S.C. §1116 (1)(B), no balance sheet, statement of operations, or cash-flow statement has been prepared.

Dated: New York, New York
       January 21, 2019

/s/   Sam Kassin
Sam Kassin

# CERTIFICATE OF CORPORATE RESOLUTIONS
# OF TRAVERS FINE JEWELS INC.

The undersigned, the President of **TRAVERS FINE JEWELS INC.**, a New York corporation (the "**Company**"), does hereby certify that the following resolutions were duly adopted by the Board of Directors of the Company (the "**Board**"), and they have not been modified or rescinded and are still in full force and effect on the date hereof:

**RESOLVED**, that, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

**RESOLVED**, that the President, and any other person designated and so authorized to act (each, an "**Authorized Officer**") be, and hereby are, authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York at such time as the Authorized Officer executing the petition shall determine;

**RESOLVED**, that the law firm of Rosen & Associates, P.C., 747 Third Avenue, New York, New York 10017-2803, is hereby employed as attorneys for the Company in the Company's chapter 11 case;

**RESOLVED**, that any Authorized Officer be, and hereby is, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

**RESOLVED**, that any Authorized Officer and such other employees of the Company as the Authorized Officers shall designate from time to time, and any employees or agents (including counsel) designated by or directed by any such officers be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company to cause the Company to negotiate, enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, assignments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any such officer shall be or become necessary, proper, and desirable to effectuate a successful reorganization of the Company's business;

**RESOLVED**, that each Authorized Officer, and such other officers of the Company as the Authorized Officers shall from time to time designate, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company to: (i) negotiate, execute, deliver and/or file, in addition to the agreements, documents, and instruments referenced herein, such other agreements, documents and instruments and assignments thereof as may be required or as such Authorized Officers deem appropriate or advisable, or to cause the negotiation, execution and delivery thereof, in the name and on behalf of the Company in such form and substance as such Authorized Officers may approve, together with such changes and amendments to any of the terms and conditions thereof as such officers may approve, with the execution and delivery thereof on behalf of the Company by or at the direction of such Authorized Officers to constitute evidence of such approval; (ii) negotiate, execute, deliver and/or file, in the name and on behalf of the Company any and all agreements, documents, certificates, consents, filings, and applications relating to the resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other actions as may be required or as such Authorized Officers deem appropriate or advisable in connection therewith; and (iii) do such other things as may be required, or as may in their judgment be appropriate or advisable, in order to effectuate fully the resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated thereby; and

**FURTHER RESOLVED**, that any and all past action heretofore taken by an Authorized Officer of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby is, ratified, confirmed, and approved.

**IN WITNESS WHEREOF**, I have hereunto set my hand this 21st day of January 2019.

                **Travers Fine Jewels Inc.**

                By: /s/   Sam Kassin
                      Sam Kassin
                      President

Fill in this information to identify the case:

Debtor name: **Travers Fine Jewels Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **BA Gold Enterprises** 43 W 47th St New York, NY 10036 | | **Trade debt** | | | | $15,000.00 |
| **Barber Jewelers** 580 5th Ave #725 New York, NY 10036 | | **Trade debt** | | | | $300,000.00 |
| **Capital For Merchants, LLC** 250 Stephenson Highway Troy, MI 48083 | | **Cash advances** | | | | $123,000.00 |
| **Cargold Ho Jewelry Co.** 9519 64th Rd, Apt 19G Rego Park, NY 11374 | | **Trade debt** | | | | $40,000.00 |
| **E & S Jewelry, Inc** 580 5th Avenue, Ste. 725 New York, NY 10036 | | **Trade debt** | | | | $120,000.00 |
| **Emsaru Jewels Corp.** 608 Fifth Avenue Ste. 500 New York, NY 10020 | | **Trade debt** | | | | $200,000.00 |
| **James Collins** 12384 Merriewood Drive Somerset, VA 22972 | | **Judgment Creditor** | | $406,000.15 | $75,450.00 | $330,550.15 |
| **Judson Realty, LLC** 145 East 57th Street New York, NY 10022 | | **Commercial lease** | | | | $120,000.00 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 1

Debtor **Travers Fine Jewels Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Lebow & Sokolow LLP**<br>**770 Lexington Ave., 6th Floor**<br>**Attn: Mark D. Lebow, Esq.**<br>**New York, NY 10065** | | **Legal fees** | | | | **$35,000.00** |
| **Nelson Jewellery U.S.A. Inc.**<br>**10 W 46th St #608**<br>**New York, NY 10036** | | **Trade debt** | | | | **$7,000.00** |
| **North American Bancard, LLC**<br>**250 Stephenson Highway**<br>**Troy, MI 48083** | | **Trade debt** | | | | **$20,000.00** |

```
BA GOLD ENTERPRISES
43 W 47TH ST
NEW YORK, NY 10036


BARBER JEWELERS
580 5TH AVE #725
NEW YORK, NY 10036


CAPITAL FOR MERCHANTS, LLC
250 STEPHENSON HIGHWAY
TROY, MI 48083


CARGOLD HO JEWELRY CO.
9519 64TH RD, APT 19G
REGO PARK, NY 11374


COMMISSIONER OF LABOR
STATE OF NEW YORK
BUILDING 12 W. AVERELL HARRIMAN
STATE OF OFFICE CAMPUS
ALBANY, NY 12240


E & S JEWELRY, INC
580 5TH AVENUE, STE. 725
NEW YORK, NY 10036


EMSARU JEWELS CORP.
608 FIFTH AVENUE
STE. 500
NEW YORK, NY 10020


JAMES COLLINS
12384 MERRIEWOOD DRIVE
SOMERSET, VA 22972


JUDSON REALTY, LLC
145 EAST 57TH STREET
NEW YORK, NY 10022


LEBOW & SOKOLOW LLP
770 LEXINGTON AVE., 6TH FLOOR
ATTN: MARK D. LEBOW, ESQ.
NEW YORK, NY 10065
```

```
NELSON JEWELLERY U.S.A. INC.
10 W 46TH ST #608
NEW YORK, NY 10036


NORTH AMERICAN BANCARD, LLC
250 STEPHENSON HIGHWAY
TROY, MI 48083


NYC DEPARTMENT OF FINANCE
59 MAIDEN LANE
NEW YORK, NY 10038
```

# United States Bankruptcy Court
## Southern District of New York

In re  **Travers Fine Jewels Inc.**                                                                                  Case No.
Debtor(s)                                                       Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Travers Fine Jewels Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 21, 2019**                                                      **/s/ Sanford P. Rosen**
Date                                                                              **Sanford P. Rosen (SR-4966)**
                                                                                     Signature of Attorney or Litigant
                                                                                     Counsel for   **Travers Fine Jewels Inc.**
                                                                                     **Rosen & Associates, P.C.**
                                                                                     **747 Third Avenue**
                                                                                     **Floor 20**
                                                                                     **New York, NY 10017-2803**
                                                                                     **(212) 223-1100 Fax:(212) 223-1102**
                                                                                     **srosen@rosenpc.com**