**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> Travers Fine Jewels, Inc., <br><br> Debtor. | Chapter 11 <br><br> Case No. 19-10177 (MG) |

## ORDER DISMISSING MOTION TO USE CASH COLLATERAL

On June 6, 2019 Debtor Travers Fine Jewels filed a motion seeking an order authorizing the use of cash collateral. ("Motion," ECF Doc. # 29.) A hearing was held on the Motion on June 25, 2019. For the reasons stated on the record, the Motion is **DENIED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**
Dated: June 25, 2019
  New York, New York

  \_\_\_\_\_**/s/ Martin Glenn**_____
  MARTIN GLENN
  United States Bankruptcy Judge